**SAMUEL I. WHITE, P.C.**
ATTORNEYS AND COUNSELORS AT LAW
5040 CORPORATE WOODS DRIVE
SUITE 120
VIRGINIA BEACH, VIRGINIA 23462
TELEPHONE (757) 490-9284
FACSIMILE (757) 490-8143
TOLL FREE (800-432-3921)

SAMUEL I. WHITE (1921-2011)
WM. ADAM WHITE
ERIC D WHITE†
D. CAROL SASSER (VA & GA)
EMMANUEL D. VOCES (VA&WV)
LAURA D. HARRIS (VA, MD, & DC)
DANIEL J. PESACHOWITZ (VA,MD & DC)††
RANDA S. AZZAM (VA & MD)
MICHAEL T. FREEMAN†
SARAH A.CRICHIGNO (WV & VA)†††
FABIO CRICHIGNO (WV & VA)†††
CHRISTOPHER R. ARTHUR (WV) ††††
JOHN E. DRISCOLL, III (MD, DC & VA)††
ROSALIE K. DOGGETT
NINA AQUILINA NGUYEN†
SARA K. TURNER
RONALD J. GUILLOT, JR. (VA & LA)
DONNA J. HALL
DAVID W. CARTER†
ROBERT A. JONES
ELLEN G. OWEN†
KAREN E. DAILY
KATHY T. CRAIN
KIMBERLY B. LANE†
RANDY L. KNIHA†††
LESLEY ANN WHEELER††††
DEENA L. REYNOLDS(MD & DC)†††††
KIM R. GERSHEN (VA & NY)
LORA DYER††††
ASHLEIGH JAMES†††
ROBERT HILLMAN†††††
W. SCOTT CAMPBELL (WV & PA) ††††
KAREN SMITH

†1804 Staples Mill Road – Suite 200
RICHMOND, VIRGINIA 23230
TELEPHONE (804) 290-4290
FAX (804) 290-4298

†††6110 Mid Atlantic Drive
MORGANTOWN, WV 26508
TELEPHONE (304) 413-0010
TOLL FREE (866) 839-8856
FAX(304) 413-0014

††††601 Morris Street, Suite 400
CHARLESTON, WV 25301
TELEPHONE (304) 414-0200
FAX (304) 414-0202

†††††611 Rockville Road
Suite 100
ROCKVILLE, MD 20852
TELEPHONE (301) 804-3400
FAX (301) 838-1954

March 11, 2013

John W. Raymond, Esquire
Post Office Box 522
Norge, VA 23127

RE:    Steven Paul Matish
(Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP)
File #01-012925-11
Case #: 11-51346-FJS

As the Debtor is in default of the Order Granting Modification of Stay entered November 6, 2012 and the Notice of Default filed February 19, 2013, Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP has been advised that the stay has been terminated in accordance with that order without further notice or hearing, and that it can exercise its contractual and statutory rights concerning the property including, but not limited to, the initiation of foreclosure proceedings.

**By copy of this letter, the Trustee is advised to terminate payments on pre-petition arrearages on Claim #1 set forth in the lender's Proof of Claim.**

If you have any questions, please contact this office directly at (757) 490-9284.

Very truly yours,

**SAMUEL I. WHITE, P.C.**

**/s/ D. Carol Sasser**

Attorney at Law

/cel
cc:    Michael P. Cotter, Trustee
       U.S. Bankruptcy Court Clerk's Office